UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| FM HOLDINGS, LLC f/k/a ) <br> FORWARDMARKET, LLC, ) <br> ) <br> Plaintiff, ) <br> ) Civ. No. 05-11400-MLW <br> v. ) <br> ) <br> BILL MAHONEY and ) <br> STEPHEN GREGORIO, ) <br> ) <br> Defendants. ) | |

Please enter the appearance of Sanford F. Remz, Esq. and Matthew C. Welnicki, Esq., both of Yurko & Salvesen, P.C., for the Plaintiff FM Holdings, LLC f/k/a Forwardmarket, LLC in the above matter.

                                    FM HOLDINGS, LLC f/k/a
                                    FORWARDMARKET, LLC,

                                    By its attorneys,

                                    s/Sanford F. Remz/
                                    s/Matthew C. Welnicki/
                                    _____
                                    Sanford F. Remz (BBO# 538300)
                                    Matthew C. Welnicki (BBO# 647104)
                                    YURKO & SALVESEN, P.C.
                                    One Washington Mall, 11th Floor
                                    Boston, MA 02108-2603
                                    (617) 723-6900

Dated: August 25, 2005