UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM HOLDINGS, LLC, f/k/a FORWARDMARKET, LLC,<br><br>      Plaintiff,<br>v.<br><br>BILL MAHONEY and STEPHEN GREGORIO,<br><br>      Defendants. | Civil Action No.<br>05-11400-MLW |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS BILL MAHONEY AND STEPHEN GREGORIO

Pursuant to Local Rule 83.5.2, please enter the appearance of Dechert LLP and Timothy C. Blank on behalf of Bill Mahoney and Stephen Gregorio in the above-captioned matter.

Dated: September 23, 2005

DECHERT LLP

/s/ Timothy C. Blank
Timothy C. Blank, BBO # 548670
200 Clarendon Street, 27th Floor
Boston, MA 02116
timothy.blank@dechert.com
(617) 728-7100 (phone)
(617) 426-6567 (fax)