UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| FM HOLDINGS, LLC f/k/a FORWARDMARKET, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BILL MAHONEY and STEPHEN GREGORIO,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. No. 05-11400-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of  Sanford F. Remz, Esq. of Yurko, Salvesen & Remz, P.C.,

for the Plaintiff FM Holdings, LLC f/k/a Forwardmarket, LLC in the above matter.

FM HOLDINGS, LLC f/k/a
FORWARDMARKET, LLC,

By its attorneys,

s/Sanford F. Remz/

_____
Sanford F. Remz (BBO# 538300)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Dated:  March 30, 2006

## Certificate of Service

The undersigned counsel hereby certifies that he has caused a copy of the above Notice to be served on each counsel of record via this Court ECF filing system on March 30, 2006.

s/Sanford F. Remz /
_____