UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

|  |  |
|---|---|
| FM HOLDINGS, LLC f/k/a ) <br> FORWARDMARKET, LLC, ) <br> ) <br> Plaintiff, ) <br> ) Civ. No. 05-11400-MLW <br> v. ) <br> ) <br> BILL MAHONEY and ) <br> STEPHEN GREGORIO, ) <br> ) <br> Defendants. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Matthew C. Welnicki, Esq. for the Plaintiff FM Holdings, LLC f/k/a Forwardmarket, LLC in the above matter. Plaintiff will continue to be represented by Sanford F. Remz, Esq. and the law firm of Yurko, Salvesen & Remz, P.C.

s/Matthew C. Welnicki/

Matthew C. Welnicki (BBO# 647104)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Dated: March 30, 2006

## Certificate of Service

    The undersigned counsel hereby certifies that he has caused a copy of the above Notice to be served on each counsel of record via this Court ECF filing system on March 30, 2006.

                                            s/Matthew C. Welnicki/
                                            _____