UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FM HOLDINGS, LLC f/k/a FORWARDMARKET, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>BILL MAHONEY and STEPHEN GREGORIO,<br><br>                    Defendants. | Civ. No. 05-11400-MLW |

## JOINT MOTION TO MODIFY
## JUNE 2, 2006 SCHEDULING ORDER

The parties hereby jointly move to make the following agreed-upon adjustments to this Court's June 2, 2006 Scheduling Order:

|  | Date | Proposed Date |
|---|---|---|
| Plaintiff shall designate expert(s) and disclose information described in Fed. R. Civ. P. 26(a)(2), concerning such expert | 10/20/06 | 12/15/06 |
| Defendants shall designate expert(s) and disclose information described in Fed. R. Civ. P. 26(a)(2), concerning such expert | 11/30/06 | 1/31/07 |
| Discovery shall be complete | 1/31/07 | 2/28/07 |

These proposed modifications do not alter the trial date or any other dates set by the Court in the June 2, 2006 Order.

12519867.1.LITIGATION 9/29/2006 1:51 PM

- 2 -

Dated: September 29, 2006

| | |
|---|---|
| Plaintiff FM Holdings, LLC<br>By its attorneys, | Defendants Bill Mahoney and<br>Stephen Gregorio<br>By their attorneys |
| /s/ Sanford F. Remz<br>Sanford F. Remz (BBO #538300)<br>Kevin S. Murphy (BBO #638335)<br>Yurko, Salvesen & Remz, P.C<br>One Washington Mall, 11th Floor<br>Boston, MA 02108<br>(617) 723-6900 | /s/ Michael S. Shin<br>Timothy C. Blank (BBO #548670)<br>Michael Shin (BBO #658134)<br>Matthew M. Lyons (BBO #5657685)<br>Dechert LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA, 02116<br>(617) 728-7100 |