UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM HOLDINGS, LLC, f/k/a FORWARDMARKET, LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>BILL MAHONEY and STEPHEN GREGORIO,<br><br>　　　　　Defendants. | Civil Action No.<br>05-11400-MLW |

## DEFENDANTS' STATUS REPORT

Pursuant to this Court's Order dated November 28, 2006, the defendants hereby report that counsel for the parties have met and conferred in good faith to discuss settlement, that settlement offers have been exchanged by the parties, but the case has not been settled.

The parties will continue to discuss settlement as the case progresses in the coming weeks, and will continue to advise the Court.

Dated: December 15, 2006

　　　　　　　　　　　　　　　　　　　　/s/ Timothy C. Blank
　　　　　　　　　　　　　　　　　　　　Timothy C. Blank BBO # 548670
　　　　　　　　　　　　　　　　　　　　Michael S. Shin BBO # 658134
　　　　　　　　　　　　　　　　　　　　Matthew M. Lyons BBO # 657685
　　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　　200 Clarendon Street, 27th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　　　　　　　　(617) 728-7100
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 15, 2006.

/s/ Timothy C. Blank
Timothy C. Blank

12605993.1.LITIGATION