UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM HOLDINGS, LLC f/k/a <br> FORWARDMARKET, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BILL MAHONEY and <br> STEPHEN GREGORIO, <br><br> Defendants. | Civ. No. 05-11400-MLW |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL BY STIPULATION
PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(ii)**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), Plaintiff FM Holdings, LLC ("FM") hereby notices the voluntary dismissal of Count Three – Violation of Massachusetts Uniform Securities Act G.L. c 410A § 110(a) of the Amended Complaint against Defendants Bill Mahoney and Steven Gregorio ("Defendants"), without prejudice and without costs to any party. Defendants and FM are the only parties appearing in this case and Defendants stipulate to such dismissal.

| | |
|---|---|
| Plaintiff FM Holdings, LLC <br> By its attorneys, | Defendants Bill Mahoney and <br> Stephen Gregorio <br> By their attorneys |
| s/Kevin S. Murphy/ <br> Sanford F. Remz (BBO# 549198) <br> Kevin S. Murphy (BBO# 638335) <br> Yurko, Salvesen & Remz, P.C <br> One Washington Mall, 11th Floor <br> Boston, MA 02108 <br> (617) 723-6900 | s/Timothy C. Blank/ <br> Timothy C. Blank (BBO# 548670) <br> Michael Shin (BBO# 658134) <br> Matthew M. Lyons (BBO# 657685) <br> Dechert LLP <br> 200 Clarendon Street, 27th Floor <br> Boston, MA, 02116 |

(617) 728-7100

Case 1:05-cv-11400-MLW   Document 52   Filed 01/11/2007   Page 2 of 2