UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM HOLDINGS, LLC, f/k/a FORWARDMARKET, LLC,  )<br><br>  Plaintiff,  )<br>v.  )<br>  )<br>BILL MAHONEY and STEPHEN GREGORIO,  )<br><br>  Defendants.  ) | Civil Action No.<br>05-11400-MLW |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to this Court's Order dated December 29, 2006, the parties hereby report that counsel for the parties continue to engage in settlement discussions, that Plaintiff has made a revised settlement offer, but that the case has not been settled.

In addition, counsel for Defendants yesterday received an amended coverage letter from their insurance carrier denying coverage for the claims in this case. The parties are currently assessing the impact of the letter on the case and on settlement discussions, and will continue to advise the Court.

Dated: January 26, 2006

| | |
|---|---|
| Plaintiff FM Holdings, LLC<br>By its attorneys, | Defendants Bill Mahoney and<br>Stephen Gregorio<br>By their attorneys |
| /s/ Sanford F. Remz<br>Sanford F. Remz (BBO #538300)<br>Kevin S. Murphy (BBO #638335)<br>Yurko, Salvesen & Remz, P.C<br>One Washington Mall, 11th Floor<br>Boston, MA 02108<br>(617) 723-6900 | /s/ Timothy C. Blank<br>Timothy C. Blank (BBO #548670)<br>Michael Shin (BBO #658134)<br>Matthew M. Lyons (BBO #56576 85)<br>Dechert LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA, 02116<br>(617) 728-7100 |

12634005.1.LITIGATION