UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM HOLDINGS, LLC f/k/a<br>FORWARDMARKET, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>BILL MAHONEY and<br>STEPHEN GREGORIO,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)    Civ. No. 05-11400-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

The parties move to reschedule the status conference currently scheduled for
September 14, 2007. That day is the second day of Rosh Hashanah and counsel for
plaintiff will be unable to attend. The parties respectfully request that, if possible, the
conference be rescheduled for another date in September that is not a Jewish holiday or
otherwise at the earliest convenience of the Court.

Dated: July 24, 2007

| | |
|---|---|
| Plaintiff FM Holdings, LLC<br>By its attorneys, | Defendants Bill Mahoney and<br>Stephen Gregorio<br>By their attorneys, |
| | |
| /s/ Sanford F. Remz | /s/ Timothy C. Blank |
| Sanford F. Remz (BBO #538300)<br>Kevin S. Murphy (BBO #638335)<br>Yurko, Salvesen & Remz, P.C<br>One Washington Mall, 11th Floor<br>Boston, MA 02108<br>(617) 723-6900 | Timothy C. Blank (BBO #548670)<br>Michael Shin (BBO #658134)<br>Matthew M. Lyons (BBO #5657685)<br>Dechert LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA, 02116<br>(617) 728-7100 |