UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| FM HOLDINGS, LLC f/k/a FORWARDMARKET, LLC,  )<br><br>             Plaintiff,  )<br>                                                    )<br>v.                                               )<br>                                                    )<br>BILL MAHONEY and STEPHEN GREGORIO,  )<br>                                                    )<br>             Defendants.  )  | Civ. No. 05-11400-MLW |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.5.2(c), please withdraw my appearance for the defendants Bill Mahoney and Stephen Gregorio. These parties will continue to be represented by Timothy C. Blank and Michael Shin of Dechert LLP.

Dated: September 13, 2007

/s/ Matthew M. Lyons
Matthew M. Lyons (BBO #5657685)
Dechert LLP
200 Clarendon Street, 27th Floor
Boston, MA, 02116
(617) 728-7100

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 13, 2007.

/s/ Matthew M. Lyons<br>Matthew M. Lyons

12925901.1.LITIGATION 9/13/2007 3:06 PM