UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM HOLDINGS, LLC f/k/a<br>FORWARDMARKET, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>BILL MAHONEY and<br>STEPHEN GREGORIO,<br><br>              Defendants. | Civ. No. 05-11400-MLW |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report pursuant to the Court's September 17, 2007 Order. On October 3, 2007, the parties successfully mediated their dispute. They reached a settlement of this litigation that will involve the filing of a stipulation of dismissal with prejudice upon completion of the necessary documentation and plaintiff's receipt of payment of the settlement amount by November 2. The defendants are also separately engaged in efforts to resolve remaining indemnity issues. The parties request that the Court take no further action until the stipulation of dismissal has been filed or the parties report to the contrary.

Dated: October 10, 2007

| | |
|---|---|
| Plaintiff FM Holdings, LLC<br>By its attorneys, | Defendants Bill Mahoney and<br>Stephen Gregorio<br>By their attorneys, |
| /s/ Sanford F. Remz<br>Sanford F. Remz (BBO #538300)<br>Kevin S. Murphy (BBO #638335)<br>Yurko, Salvesen & Remz, P.C<br>One Washington Mall, 11th Floor<br>Boston, MA 02108<br>(617) 723-6900 | /s/ Timothy C. Blank<br>Timothy C. Blank (BBO #548670)<br>Michael Shin (BBO #658134)<br>Dechert LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA, 02116<br>(617) 728-7100 |