UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FM HOLDINGS, LLC, f/k/a FORWARDMARKET, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-11400-MLW |
| v. | ) ) | |
| BILL MAHONEY and STEPHEN GREGORIO, | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my entry of appearance as counsel in this case for defendants Bill

Mahoney and Stephen Gregorio in the above-captioned matter.


Dated:  October 12, 2007




/s/   Michael S. Shin
Michael S. Shin, BBO# 658134
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116


12945884.1.LITIGATION 10/12/2007 3:03 PM