UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| FM HOLDINGS, LLC, f/k/a FORWARDMARKET, LLC,<br><br>        Plaintiff,<br>v.<br><br>BILL MAHONEY and STEPHEN GREGORIO,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  05-11400-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' STATUS REPORT

The parties to the above referenced matter have agreed in principle to a settlement of all outstanding claims in the underlying litigation. The Defendants and the insurance carrier (AIG) are currently working out the details of the settlement and coverage issues. AIG's counsel has been out with minor surgery and Defendants anticipate that all outstanding issues will be resolved by December 11, 2007. Accordingly, the parties will report back to the Court and/or file a stipulation of dismissal at that time.

                Respectfully submitted,

                /s/ Timothy C. Blank
                Timothy C. Blank (BBO # 548670)
                DECHERT LLP
                200 Clarendon Street, 27th Floor
                Boston, MA 02116
                (617) 728-7100
                Fax: (617) 426-6567

Dated: November 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2007

                    /s/ Timothy C. Blank
                    Timothy C. Blank

13026269.1.LITIGATION