UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| FM HOLDINGS, LLC f/k/a<br>FORWARDMARKET, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>BILL MAHONEY and<br>STEPHEN GREGORIO,<br><br>                Defendants. | Civ. No. 05-11400-MLW |

## PLAINTIFF'S MOTION TO FILE
## MEMORANDUM OF AGREEMENT UNDER SEAL

Pursuant to Local Rule 7.2(a), Plaintiff FM Holdings, LLC ("FM") moves to file a Memorandum of Agreement between the parties, dated October 3, 2007, under seal as Exhibit A to the accompanying affidavit of Sanford F. Remz, Esq. The signed Memorandum of Agreement memorializes an agreement between the parties settling this action. FM is requesting that he Memorandum of Agreement be filed under seal until further order of the court because, at the request of the defendants, the Memorandum of Agreement includes a provision that the terms of the settlement are to be kept confidential.

          Plaintiff FM Holdings, LLC
          By its attorneys,

          /s/ Sanford F. Remz
          Sanford F. Remz (BBO #538300)
          Kevin S. Murphy (BBO #638335)
          Yurko, Salvesen & Remz, P.C
          One Washington Mall, 11th Floor
          Boston, MA 02108
          (617) 723-6900

Date: November 27, 2007

## Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on November 27, 2007.

/s/ Sanford F. Remz
_____