UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM HOLDINGS, LLC, f/k/a<br>FORWARDMARKET, LLC,<br><br>        Plaintiff,<br>v.<br><br>BILL MAHONEY and STEPHEN<br>GREGORIO,<br><br>        Defendants. | Civil Action No.<br>05-11400-MLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned action hereby stipulate and agree pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that the within action, including all claims, be dismissed with prejudice and without costs.

Dated: December 11, 2007

| Plaintiff FM Holdings, LLC<br>By its attorneys, | Defendants Bill Mahoney and<br>Stephen Gregorio<br>By their attorneys, |
|---|---|
| /s/ Sanford F. Remz<br>Sanford F. Remz (BBO #538300)<br>Kevin S. Murphy (BBO #638335)<br>Yurko, Salvesen & Remz, P.C<br>One Washington Mall, 11th Floor<br>Boston, MA 02108<br>(617) 723-6900 | /s/ Timothy C. Blank<br>Timothy C. Blank (BBO #548670)<br>Dechert LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA, 02116<br>(617) 728-7100 |